**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BRADLEY and KIMBERLY ALLEN** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:15-cv-02283-N** |
| | § | |
| **HORACE MANN LLOYDS and** | § | |
| **AMERICAN TECHNOLOGIES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

**ADVISORY TO THE COURT OF SETTLEMENT**

Plaintiffs Bradley and Kimberly Allen and Defendants Horace Mann Lloyds and American Technologies, Inc., have reached a settlement in this matter.  Plaintiffs and Defendants intend to submit a joint stipulation of dismissal with prejudice within 60 days.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

/s/ R. Tate Gorman
R. Tate Gorman
State Bar No. 24032360
Scott Rogers
State Bar No. 24064369

700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:     214.871.8200
Facsimile:     214.871.8209
Email: tgorman@thompsoncoe.com
          slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**
**HORACE MANN LLOYDS**

## CERTIFICATE OF SERVICE

This is to certify that on the 11th day of February, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

D. Scott Cain
Mark Hines
Robert J. Masteller III
CAIN & ASSOCIATES, P.C.
508 N. Ridgeway Drive
Cleburne, Texas 76033
    *Counsel for Plaintiffs*

Gregory M. Weinstein
WEINSTEIN RADCLIFF LLP
6688 N. Central Expressway, Suite 675
Dallas, Texas 75206
    *Counsel for Defendant*
    *American Technologies, Inc.*

              /s/ R. Tate Gorman
              R. Tate Gorman