IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRADLEY and KIMBERLY ALLEN** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-02283-N |
| | § | |
| **HORACE MANN LLOYDS and** | § | |
| **AMERICAN TECHNOLOGIES, INC.** | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Bradley Allen and Kimberly Allen and Defendants Horace Mann Lloyds and American Technologies, Inc., hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendants are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 23rd day of May, 2016.

Respectfully submitted,

/s/ D. Scott Cain*
D. Scott Cain
State Bar No.  24025279
Mark Hines
State Bar No.  24055667
Robert J. Masteller III
State Bar No.  24081366
CAIN & ASSOCIATES, P.C.
508 N. Ridgeway Drive
Cleburne, Texas 76033
Telephone:  (817) 645-1717
Facsimile:   (817) 645-1739
Email:  scott@cainlawyers.com
          mark@cainlawyers.com
          rob@cainlawyers.com
**COUNSEL FOR PLAINTIFFS**
*Signed with permission

/s/ R. Tate Gorman
R. Tate Gorman
State Bar No.:  24032360
Scott L. Rogers
State Bar No.:  24064369
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas  75201
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
Email:  tgorman@thompsoncoe.com
          slrogers@thompsoncoe.com
**COUNSEL FOR DEFENDANT**
**HORACE MANN LLOYDS**

/s/ Gregory Weinstein*
Gregory Weinstein
State Bar No.  21096430
WEINSTEIN RADCLIFF PIPKIN LLP
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
Telephone:  (214) 865-6126
Facsimile:   (214) 865-6140
Email:  gweinstein@weinrad.com
**COUNSEL FOR DEFENDANT**
**AMERICAN TECHNOLOGIES, INC.**
*Signed with permission

## **CERTIFICATE OF SERVICE**

  This is to certify that on the 23rd day of May, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

D. Scott Cain
Mark Hines
Robert J. Masteller III
CAIN & ASSOCIATES, P.C.
508 N. Ridgeway Drive
Cleburne, Texas 76033
  *Counsel for Plaintiffs*

Gregory M. Weinstein
WEINSTEIN RADCLIFF PIPKIN LLP
8350 N. Central Expressway, Suite 1550
Dallas, Texas 75206
  *Counsel for Defendant*
  *American Technologies, Inc.*

          /s/ R. Tate Gorman
          R. Tate Gorman